UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-430 JMR/FLN

UNITED STATES OF AMERICA,

Plaintiff,

v.

NATHAN WEISEL,

Defendant,

MCCARTHY WELL COMPANY,

Garnishee.

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

TO: Nathan Weisel, the judgment debtor, and
McCarthy Well Company, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Nathan Weisel.

The garnishee has withheld $46.00 per weekly paycheck, pursuant to the Agreed Final Order in Garnishment. The paychecks received by the United States Attorney's Office for the last 12 months are reflected on the attached payment history.

Dated: February 1, 2005

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler
BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600