PAYMENT HISTORY REPORT

RUN DATE: 02-FEB-2005 FOR: 1999Z01141/001 Report: CZ_QRYG



DEBTOR: Weisel, Nathan V.
COURT NUMBER: 00-430 JMR/FLN
CURRENT LIABILITY BALANCE: $10,193.44

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0144 | PMNT | WA | 02-FEB-2004 | GR/G | McCarthy Well Co. | MN /04/086 | 48582 | $46.00 | 02-FEB-2004 |
| 0145 | PMNT | WA | 06-FEB-2004 | GR/G | McCarthy | MN /04/091 | 48593 | $46.00 | 06-FEB-2004 |
| 0146 | PMNT | WA | 17-FEB-2004 | GR/G | MCCARTHY WELL CO | MN /04/097 | 48607 | $46.00 | 17-FEB-2004 |
| 0147 | PMNT | WA | 20-FEB-2004 | GR/G | MCCARTHY WELL CO | MN /04/100 | 48618 | $46.00 | 20-FEB-2004 |
| 0148 | PMNT | WA | 27-FEB-2004 | GR/G | McCarthy Well Co | MN /04/106 | 48634 | $46.00 | 27-FEB-2004 |
| 0149 | PMNT | WA | 05-MAR-2004 | GR/G | McCarthy Well | MN /04/110 | 48641 | $46.00 | 05-MAR-2004 |
| 0150 | PMNT | WA | 11-MAR-2004 | GR/G | McCarthy Well | MN /04/114 | 48670 | $46.00 | 11-MAR-2004 |
| 0151 | PMNT | WA | 22-MAR-2004 | GR/G | MCCARTHY WELL CO | MN /04/121 | 48680 | $46.00 | 22-MAR-2004 |
| 0152 | PMNT | WA | 02-APR-2004 | GR/G | MCCARTHY WELL CO | MN /04/130 | 48710 | $46.00 | 02-APR-2004 |
| 0153 | PMNT | WA | 02-APR-2004 | GR/G | MCCARTHY WELL CO | MN /04/130 | 48713 | $46.00 | 02-APR-2004 |

PAYMENT HISTORY REPORT

RUN DATE: 02-FEB-2005 FOR: 1999Z01141/001 Report: CZ_QRYG



DEBTOR: Weisel, Nathan V.
COURT NUMBER: 00-430 JMR/FLN PRIORITY CODE:
CURRENT LIABILITY BALANCE: $10,193.44

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0154 | PMNT | WA | 09-APR-2004 | GR/G | McCarthy | MN /04/135 | 48743 | $46.00 | 09-APR-2004 |
| 0155 | PMNT | WA | 16-APR-2004 | GR/G | MCCARTHY WELL CO | MN /04/140 | 48750 | $46.00 | 16-APR-2004 |
| 0156 | PMNT | WA | 23-APR-2004 | GR/G | McCarthy Well | MN /04/145 | 48769 | $46.00 | 23-APR-2004 |
| 0158 | PMNT | WA | 30-APR-2004 | GR/G | McCarthy Well | MN /04/150 | 48791 | $46.00 | 30-APR-2004 |
| 0159 | PMNT | WA | 10-MAY-2004 | GR/G | MCCARTHY WELL CO | MN /04/156 | 48801 | $46.00 | 10-MAY-2004 |
| 0160 | PMNT | WA | 14-MAY-2004 | GR/G | MCCARTHY WELL CO | MN /04/160 | 48826 | $46.00 | 14-MAY-2004 |
| 0161 | PMNT | WA | 24-MAY-2004 | GR/G | MCCARTHY WELL CO | MN /04/166 | 48835 | $46.00 | 24-MAY-2004 |
| 0162 | PMNT | WA | 01-JUN-2004 | GR/G | McCarthy Well Co | MN /04/170 | 48847 | $46.00 | 01-JUN-2004 |
| 0163 | PMNT | WA | 03-JUN-2004 | GR/G | McCarthy Well Co | MN /04/172 | 48876 | $46.00 | 03-JUN-2004 |
| 0164 | PMNT | WA | 10-JUN-2004 | GR/G | MCCARTHY WELL CO | MN /04/177 | 48892 | $46.00 | 10-JUN-2004 |
| 0166 | PMNT | WA | 21-JUN-2004 | GR/G | MCCARTHY WELL CO | MN /04/183 | 48906 | $46.00 | 21-JUN-2004 |
| 0167 | PMNT | WA | 25-JUN-2004 | GR/G | MCCARTHY WELL CO | MN /04/187 | 48916 | $46.00 | 25-JUN-2004 |
| 0168 | PMNT | WA | 16-JUL-2004 | GR/G | McCarthy | MN /04/202 | 48963 | $46.00 | 16-JUL-2004 |
| 0169 | PMNT | WA | 26-JUL-2004 | GR/G | McCarthy Well Co | MN /04/210 | 48980 | $92.00 | 26-JUL-2004 |
| 0170 | PMNT | WA | 30-JUL-2004 | GR/G | McCarthy Well Co | MN /04/214 | 49001 | $46.00 | 30-JUL-2004 |
| 0171 | PMNT | WA | 06-AUG-2004 | GR/G | McCarthy Well | MN /04/219 | 49012 | $46.00 | 06-AUG-2004 |
| 0172 | PMNT | WA | 17-AUG-2004 | GR/G | McCarthy Well | MN /04/226 | 49026 | $46.00 | 17-AUG-2004 |
| 0173 | PMNT | WA | 25-AUG-2004 | GR/G | MCCARTHY WELL CO | MN /04/232 | 49040 | $46.00 | 25-AUG-2004 |
| 0174 | PMNT | WA | 27-AUG-2004 | GR/G | MCCARTHY WELL CO | MN /04/234 | 49055 | $46.00 | 27-AUG-2004 |
| 0175 | PMNT | WA | 07-SEP-2004 | GR/G | MCCARTHY WELL CO | MN /04/240 | 49062 | $46.00 | 07-SEP-2004 |
| 0176 | PMNT | WA | 13-SEP-2004 | GR/G | MCCARTHY WELL CO | MN /04/244 | 49080 | $46.00 | 13-SEP-2004 |
| 0177 | PMNT | WA | 17-SEP-2004 | GR/G | MCCARTHY WELL CO | MN /04/248 | 49102 | $46.00 | 17-SEP-2004 |
| 0178 | PMNT | WA | 23-SEP-2004 | GR/G | MCCARTHY WELL CO | MN /04/252 | 49106 | $46.00 | 23-SEP-2004 |
| 0179 | PMNT | WA | 04-OCT-2004 | GR/G | MCCARTHY WELL CO | MN /05/002 | 49120 | $46.00 | 04-OCT-2004 |
| 0180 | PMNT | WA | 12-OCT-2004 | GR/G | McCarthy Well Compan | MN /05/007 | 49144 | $46.00 | 12-OCT-2004 |
| 0181 | PMNT | WA | 18-OCT-2004 | GR/G | MCCARTHY WELL CO | MN /05/011 | 49150 | $46.00 | 18-OCT-2004 |
| 0182 | PMNT | WA | 21-OCT-2004 | GR/G | MCCARTHY WELL CO | MN /05/014 | 49171 | $46.00 | 21-OCT-2004 |
| 0183 | PMNT | WA | 28-OCT-2004 | GR/G | McCarthy Well | MN /05/018 | 49191 | $46.00 | 28-OCT-2004 |
| 0184 | PMNT | WA | 03-NOV-2004 | GR/G | MCCARTHY WELL CO | MN /05/021 | 49203 | $46.00 | 03-NOV-2004 |
| 0185 | PMNT | WA | 15-NOV-2004 | GR/G | MCCARTHY WELL CO | MN /05/027 | 49219 | $46.00 | 15-NOV-2004 |

PAYMENT HISTORY REPORT

RUN DATE: 02-FEB-2005 FOR: 1999Z01141/001 Report: CZ_QRYG



DEBTOR: Weisel, Nathan V.
COURT NUMBER: 00-430 JMR/FLN PRIORITY CODE:
CURRENT LIABILITY BALANCE: $10,193.44

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0186 | PMNT | WA | 18-NOV-2004 | GR/G | McCarthy Well | MN /05/030 | 49228 | $46.00 | 18-NOV-2004 |
| 0187 | PMNT | WA | 26-NOV-2004 | GR/G | McCarthy Well | MN /05/035 | 49238 | $46.00 | 26-NOV-2004 |
| 0188 | PMNT | WA | 03-DEC-2004 | GR/G | MCCARTHY WELL CO | MN /05/040 | 49256 | $46.00 | 03-DEC-2004 |
| 0189 | PMNT | WA | 13-DEC-2004 | GR/G | MCCARTHY WELL CO | MN /05/046 | 49261 | $46.00 | 13-DEC-2004 |
| 0190 | PMNT | WA | 16-DEC-2004 | GR/G | MCCARTHY WELL CO | MN /05/048 | 49292 | $46.00 | 16-DEC-2004 |
| 0191 | PMNT | WA | 27-DEC-2004 | GR/G | McCarthy Well Co | MN /05/054 | 49304 | $46.00 | 27-DEC-2004 |
| 0192 | PMNT | WA | 30-DEC-2004 | GR/G | MCCARTHY WELL CO | MN /05/056 | 49310 | $46.00 | 30-DEC-2004 |
| 0193 | PMNT | WA | 07-JAN-2005 | GR/G | McCarthy Well Co | MN /05/061 | 49325 | $46.00 | 07-JAN-2005 |
| 0194 | PMNT | WA | 14-JAN-2005 | GR/G | McCarthy Well | MN /05/066 | 49342 | $46.00 | 14-JAN-2005 |
| 0195 | PMNT | WA | 21-JAN-2005 | GR/G | McCarthy Well | MN /05/070 | 49349 | $46.00 | 21-JAN-2005 |
| 0196 | PMNT | WA | 28-JAN-2005 | GR/G | McCarthy Well Co | MN /05/074 | 49363 | $46.00 | 28-JAN-2005 |

Total Payments for Debtor: $12,803.02