CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil No. 00-430 JMR/FLN |
| | ) | |
| NATHAN WEISEL, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on February 2, 2005__, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

McCarthy Well Company
Attn: Payroll Representative
590 Citation Drive South
Shakopee, MN 55379

Nathan Weisel
XXXX XXXXX XXXXXX XXXX
Prior Lake, MN 55372

_s/ Jessica Scott_____________