UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-430 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN V. WEISEL,<br><br>Defendant,<br><br>MCCARTHY WELL COMPANY,<br><br>Garnishee. | ) | NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT, |

TO: Nathan V. Weisel, the judgment debtor, and McCarthy Well Company, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the final accounting of the garnishment of defendant, Nathan V. Weisel.

The garnishee has withheld $46.00 of the judgment debtor's disposable earnings per weekly paycheck, pursuant to the Agreed Final Order in Garnishment. The payments received by the U.S. Attorney’s Office are reflected on the attached Payment History.

PLEASE TAKE NOTICE: If you, the judgment debtor or the garnishee, object to this accounting, you must file: (1) a written objection to the accounting, and (2) a request for a hearing, stating your grounds for the objection within 10 days from the date you receive this final accounting, with the Clerk of Court, United States District Court, 202 United States Courthouse Building, 300 South Fourth Street, Minneapolis, Minnesota 55415. The court shall

hold a hearing on the objection within 10 days after the court receives the request for a hearing, or as soon thereafter as is practicable. 28 U.S.C. § 3205(c)(9)(B).

Dated: December 12, 2005

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler
BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600