PAYMENT HISTORY REPORT

Report: CZ_QRYG
RUN DATE: 12-DEC-2005 FOR: 1999Z01141/001 PAGE: 1 OF 8

DEBTOR: Weisel, Nathan V.
COURT NUMBER: 00-430 JMR/FLN PRIORITY CODE:
CURRENT LIABILITY BALANCE: $7,365.57

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | PMNT | WA | 17-MAY-2000 | OT/B | Weisel | | 138/26 | | $50.00 | 26-MAY-2000 |
| 0005 | PMNT | WA | 26-JUN-2000 | OT/B | Weisel | | 64 | | $200.00 | 29-JUN-2000 |
| 0006 | PMNT | WA | 18-JUL-2000 | OT/B | Weisel | | 70 | | $200.00 | 21-JUL-2000 |
| 0007 | PMNT | WA | 18-AUG-2000 | OT/B | Weisel | | 75 | | $200.00 | 25-AUG-2000 |
| 0010 | PMNT | WA | 29-SEP-2000 | OT/B | Weisel | | 01 | | $200.00 | 17-OCT-2000 |
| 0011 | PMNT | WA | 24-OCT-2000 | OT/B | Weisel | | 2 | | $200.00 | 27-OCT-2000 |
| 0014 | PMNT | WA | 14-FEB-2001 | CH/Y | Weisel | MN /1/190 | 3356 | | $200.00 | 14-FEB-2001 |
| 0016 | PMNT | WA | 30-APR-2001 | OT/J | Treasury Offset | | CYCLE 16 | | $972.25 | 04-MAY-2001 |
| 0018 | PMNT | WA | 01-OCT-2001 | OT/A | tops | | 38 | | $588.25 | 09-OCT-2001 |
| 0021 | PMNT | WA | 08-FEB-2002 | OT/G | McCarthy Well | MN /2/088 | 47018 | | $46.00 | 08-FEB-2002 |
| 0022 | PMNT | WA | 15-FEB-2002 | OT/G | McCarthy Well Co. | MN /2/093 | 47034 | | $46.00 | 15-FEB-2002 |
| 0023 | PMNT | WA | 22-FEB-2002 | OT/G | McCarthy Well Co. | MN /2/098 | 47043 | | $46.00 | 22-FEB-2002 |
| 0024 | PMNT | WA | 01-MAR-2002 | OT/G | McCarthy Well Co. | MN /2/103 | 47072 | | $46.00 | 01-MAR-2002 |
| 0025 | PMNT | WA | 08-MAR-2002 | OT/G | McCarthy Well Co. | MN /2/108 | 47090 | | $46.00 | 08-MAR-2002 |
| 0026 | PMNT | WA | 18-MAR-2002 | OT/G | McCarthy Well Co. | MN /2/115 | 47113 | | $46.00 | 18-MAR-2002 |
| 0027 | PMNT | WA | 29-MAR-2002 | OT/G | McCarthy Well Co. | MN /2/123 | 47125 | | $46.00 | 29-MAR-2002 |
| 0028 | PMNT | WA | 29-MAR-2002 | OT/G | McCarthy Well Co. | MN /2/123 | 47123 | | $46.00 | 29-MAR-2002 |
| 0029 | PMNT | WA | 08-APR-2002 | OT/G | McCarthy Well Co. | MN /2/129 | 47155 | | $46.00 | 08-APR-2002 |
| 0030 | PMNT | WA | 12-APR-2002 | OT/G | McCarthy Well Co. | MN /2/133 | 47169 | | $46.00 | 12-APR-2002 |
| 0031 | PMNT | WA | 19-APR-2002 | OT/G | McCarthy Well Co. | MN /2/138 | 47192 | | $46.00 | 19-APR-2002 |
| 0033 | PMNT | WA | 26-APR-2002 | OT/G | Mccarthy Well Co. | MN /2/143 | 47194 | | $46.00 | 26-APR-2002 |
| 0034 | PMNT | WA | 06-MAY-2002 | OT/G | McCarthy Well Co. | MN /2/147 | 47218 | | $46.00 | 06-MAY-2002 |
| 0035 | PMNT | WA | 10-MAY-2002 | OT/G | McCarthy Well Co. | MN /2/151 | 47235 | | $46.00 | 10-MAY-2002 |
| 0036 | PMNT | WA | 17-MAY-2002 | OT/G | McCarthy Well Co. | MN /2/156 | 47251 | | $46.00 | 17-MAY-2002 |
| 0037 | PMNT | WA | 03-JUN-2002 | OT/G | McCarthy Well Co. | MN /2/162 | 47263 | | $46.00 | 03-JUN-2002 |
| 0038 | PMNT | WA | 03-JUN-2002 | OT/G | McCarthy Well Co. | MN /2/162 | 47277 | | $46.00 | 03-JUN-2002 |
| 0039 | PMNT | WA | 10-JUN-2002 | OT/G | McCarthy Well Co. | MN /2/166 | 47295 | | $46.00 | 10-JUN-2002 |
| 0040 | PMNT | WA | 14-JUN-2002 | OT/G | MCCARTHY WELL SVC | MN /2/170 | 47313 | | $46.00 | 14-JUN-2002 |
| 0041 | PMNT | WA | 24-JUN-2002 | OT/G | McCarthy Well Co. | MN /2/176 | 47328 | | $46.00 | 24-JUN-2002 |
| 0042 | PMNT | WA | 27-JUN-2002 | OT/G | McCarthy Well Co. | MN /2/179 | 47341 | | $46.00 | 27-JUN-2002 |
| 0047 | PMNT | WA | 12-JUL-2002 | OT/G | MCCARTHY WELL CO | MN /2/188 | 47350 | | $46.00 | 12-JUL-2002 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 12-DEC-2005 FOR: 1999Z01141/001 PAGE: 2 OF 8

DEBTOR: Weisel, Nathan V.
COURT NUMBER: 00-430 JMR/FLN PRIORITY CODE:
CURRENT LIABILITY BALANCE: $7,365.57

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0048 | PMNT | WA | 12-JUL-2002 | OT/G | MCCARTHY WELL CO | MN /2/188 | 47357 | | $46.00 | 12-JUL-2002 |
| 0049 | PMNT | WA | 18-JUL-2002 | OT/G | McCarthy Well Co. | MN /2/191 | 47403 | | $46.00 | 18-JUL-2002 |
| 0052 | PMNT | WA | 26-JUL-2002 | OT/G | McCarthy Well. Co. | MN /2/197 | 47419 | | $46.00 | 26-JUL-2002 |
| 0053 | PMNT | WA | 02-AUG-2002 | OT/G | MCCARTHY WELL CO | MN /2/202 | 47438 | | $46.00 | 02-AUG-2002 |
| 0054 | PMNT | WA | 09-AUG-2002 | OT/G | Weisel | MN /2/208 | 47443 | | $46.00 | 09-AUG-2002 |
| 0055 | PMNT | WA | 16-AUG-2002 | OT/G | McCarthy Well Co. | MN /2/213 | 47461 | | $46.00 | 16-AUG-2002 |
| 0056 | PMNT | WA | 23-AUG-2002 | OT/G | McCarthy Well Co. | MN /2/218 | 47467 | | $46.00 | 23-AUG-2002 |
| 0057 | PMNT | WA | 30-AUG-2002 | OT/G | McCarthy Well Co. | MN /2/223 | 47490 | | $46.00 | 30-AUG-2002 |
| 0058 | PMNT | WA | 09-SEP-2002 | OT/G | McCarthy Well Co. | MN /2/227 | 47496 | | $46.00 | 09-SEP-2002 |
| 0059 | PMNT | WA | 13-SEP-2002 | OT/G | McCarthy Well Compan | MN /2/231 | 47510 | | $46.00 | 13-SEP-2002 |
| 0060 | PMNT | WA | 20-SEP-2002 | OT/G | McCarthy Well. Co. | MN /2/236 | 47534 | | $46.00 | 20-SEP-2002 |
| 0061 | PMNT | WA | 27-SEP-2002 | OT/G | McCarthy Well Co. | MN /2/241 | 47546 | | $46.00 | 27-SEP-2002 |
| 0062 | PMNT | WA | 03-OCT-2002 | OT/G | McCarthy Well Co. | MN /2/003 | 47568 | | $46.00 | 03-OCT-2002 |
| 0063 | PMNT | WA | 11-OCT-2002 | OT/G | McCarthy Well Co. | MN /3/009 | 47581 | | $46.00 | 11-OCT-2002 |
| 0064 | PMNT | WA | 21-OCT-2002 | OT/G | McCarthy Well Co. | MN /3/015 | 47602 | | $46.00 | 21-OCT-2002 |
| 0065 | PMNT | WA | 25-OCT-2002 | OT/G | McCarthy Well Co. | MN /3/019 | 47611 | | $46.00 | 25-OCT-2002 |
| 0066 | PMNT | WA | 04-NOV-2002 | OT/G | McCarthy Well Co. | MN /3/025 | 47633 | | $46.00 | 04-NOV-2002 |
| 0067 | PMNT | WA | 07-NOV-2002 | OT/G | McCarthy Well Co | MN /3/028 | 47649 | | $46.00 | 07-NOV-2002 |
| 0068 | PMNT | WA | 14-NOV-2002 | OT/G | McCarthy Well Co. | MN /3/032 | 47661 | | $46.00 | 14-NOV-2002 |
| 0069 | PMNT | WA | 22-NOV-2002 | OT/G | McCarthy Well Co. | MN /3/038 | 47678 | | $46.00 | 22-NOV-2002 |
| 0070 | PMNT | WA | 04-DEC-2002 | OT/G | McCarthy Well Co. | MN /3/045 | 47697 | | $46.00 | 04-DEC-2002 |
| 0071 | PMNT | WA | 06-DEC-2002 | OT/G | MCCARTHY WELL CO | MN /3/047 | 47714 | | $46.00 | 06-DEC-2002 |
| 0072 | PMNT | WA | 12-DEC-2002 | OT/G | McCarthy Well Co. | MN /3/051 | 47744 | | $46.00 | 12-DEC-2002 |
| 0073 | PMNT | WA | 26-DEC-2002 | OT/G | McCarthy Well Co. | MN /3/059 | 47771 | | $46.00 | 26-DEC-2002 |
| 0074 | PMNT | WA | 26-DEC-2002 | OT/G | McCarthy Well Co. | MN /3/059 | 47774 | | $46.00 | 26-DEC-2002 |
| 0075 | PMNT | WA | 03-JAN-2003 | OT/G | McCarthy Well Co. | MN /3/064 | 47808 | | $46.00 | 03-JAN-2003 |
| 0076 | PMNT | WA | 13-JAN-2003 | OT/G | McCarthy Well Co. | MN /3/070 | 47814 | | $46.00 | 13-JAN-2003 |
| 0077 | PMNT | WA | 17-JAN-2003 | OT/G | McCarthy Well Co. | MN /3/074 | 47828 | | $46.00 | 17-JAN-2003 |
| 0078 | PMNT | WA | 27-JAN-2003 | OT/G | McCarthy Well Co. | MN /3/079 | 47839 | | $46.00 | 27-JAN-2003 |
| 0079 | PMNT | WA | 31-JAN-2003 | OT/G | MCCARTHY WELL CO | MN /3/083 | 47854 | | $46.00 | 31-JAN-2003 |
| 0080 | PMNT | WA | 07-FEB-2003 | OT/G | McCarthy Well Co | MN /3/088 | 47861 | | $46.00 | 07-FEB-2003 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG
RUN DATE: 12-DEC-2005 FOR: 1999Z01141/001 PAGE: 3 OF 8

DEBTOR: Weisel, Nathan V.
COURT NUMBER: 00-430 JMR/FLN PRIORITY CODE:
CURRENT LIABILITY BALANCE: $7,365.57

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0081 | PMNT | WA | 12-FEB-2003 | OT/G | MCCARTHY WELL CO. | MN /3/091 | 47893 | | $46.00 | 12-FEB-2003 |
| 0082 | PMNT | WA | 24-FEB-2003 | OT/G | McCarthy Well | MN /3/098 | 47901 | | $46.00 | 24-FEB-2003 |
| 0083 | PMNT | WA | 28-FEB-2003 | OT/G | McCarthy Well Co. | MN /3/102 | 47924 | | $46.00 | 28-FEB-2003 |
| 0084 | PMNT | WA | 07-MAR-2003 | OT/G | McCarthy Well Co | MN /3/109 | 47940 | | $46.00 | 07-MAR-2003 |
| 0085 | PMNT | WA | 14-MAR-2003 | OT/G | McCarthy Well Co. | MN /3/114 | 47954 | | $46.00 | 14-MAR-2003 |
| 0086 | PMNT | WA | 21-MAR-2003 | OT/G | McCarthy Well Co. | MN /3/118 | 47961 | | $46.00 | 21-MAR-2003 |
| 0087 | PMNT | WA | 25-MAR-2003 | OT/G | McCarthy Well Co. | MN /3/120 | 47976 | | $46.00 | 25-MAR-2003 |
| 0088 | PMNT | WA | 04-APR-2003 | OT/G | McCarthy Well Co. | MN /3/127 | 47988 | | $46.00 | 04-APR-2003 |
| 0089 | PMNT | WA | 11-APR-2003 | OT/G | McCarthy Well Co | MN /3/132 | 48005 | | $46.00 | 11-APR-2003 |
| 0090 | PMNT | WA | 18-APR-2003 | OT/G | McCarthy Well Co. | MN /3/137 | 48011 | | $46.00 | 18-APR-2003 |
| 0092 | PMNT | WA | 25-APR-2003 | OT/G | McCarthy Well Co. | MN /3/142 | 48021 | | $46.00 | 25-APR-2003 |
| 0093 | PMNT | WA | 02-MAY-2003 | OT/G | McCarthy Well Co. | MN /3/146 | 48037 | | $46.00 | 02-MAY-2003 |
| 0094 | PMNT | WA | 12-MAY-2003 | OT/G | McCarthy Well | MN /3/152 | 48045 | | $46.00 | 12-MAY-2003 |
| 0095 | PMNT | WA | 16-MAY-2003 | OT/G | McCarthy Well Co. | MN /3/156 | 48063 | | $46.00 | 16-MAY-2003 |
| 0096 | PMNT | WA | 23-MAY-2003 | OT/G | McCarthy Well. Co. | MN /3/161 | 48071 | | $46.00 | 23-MAY-2003 |
| 0097 | PMNT | WA | 06-JUN-2003 | OT/G | McCarthy Well Co. | MN /3/170 | 48094 | | $46.00 | 06-JUN-2003 |
| 0098 | PMNT | WA | 06-JUN-2003 | OT/G | McCarthy Well Co. | MN /3/170 | 48099 | | $46.00 | 06-JUN-2003 |
| 0099 | PMNT | WA | 12-JUN-2003 | OT/Y | mccarthy well co | MN /3/174 | 48114 | | $46.00 | 12-JUN-2003 |
| 0100 | PMNT | WA | 20-JUN-2003 | OT/Y | McCarthy Well Co | MN /3/179 | 48116 | | $46.00 | 20-JUN-2003 |
| 0101 | PMNT | WA | 26-JUN-2003 | OT/G | McCarthy | MN /3/183 | 48135 | | $46.00 | 26-JUN-2003 |
| 0102 | PMNT | WA | 07-JUL-2003 | TV/B | TOPS | | 200326 | | $1,205.27 | 07-JUL-2003 |
| 0103 | PMNT | WA | 07-JUL-2003 | GR/G | McCarthy Well Compan | MN /3/186 | 48152 | | $46.00 | 07-JUL-2003 |
| 0104 | PMNT | WA | 10-JUL-2003 | GR/G | McCarthy Well Co. | MN /3/189 | 48158 | | $46.00 | 10-JUL-2003 |
| 0105 | PMNT | WA | 18-JUL-2003 | GR/G | McCarthy Well Co. | MN /3/195 | 48178 | | $46.00 | 18-JUL-2003 |
| 0106 | PMNT | WA | 25-JUL-2003 | GR/G | MCCARTHY | MN /3/200 | 48188 | | $46.00 | 25-JUL-2003 |
| 0107 | PMNT | WA | 01-AUG-2003 | GR/G | mcGarthy Well | MN /3/205 | 48199 | | $46.00 | 01-AUG-2003 |
| 0108 | PMNT | WA | 08-AUG-2003 | GR/G | McCarthy | MN /3/210 | 48213 | | $46.00 | 08-AUG-2003 |
| 0111 | PMNT | WA | 14-AUG-2003 | GR/G | MCCARTHY WELL CO. | MN /3/214 | 48226 | | $46.00 | 14-AUG-2003 |
| 0114 | PMNT | WA | 21-AUG-2003 | GR/G | mccarthy | MN /3/221 | 48236 | | $46.00 | 21-AUG-2003 |
| 0116 | PMNT | WA | 28-AUG-2003 | GR/G | McCarthy Well Co | MN /3/224 | 48243 | | $46.00 | 28-AUG-2003 |
| 0117 | PMNT | WA | 05-SEP-2003 | GR/G | McCarthy Well Co. | MN /3/230 | 48253 | | $46.00 | 05-SEP-2003 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 12-DEC-2005 FOR: 1999Z01141/001 PAGE: 4 OF 8

DEBTOR: Weisel, Nathan V.
COURT NUMBER: 00-430 JMR/FLN PRIORITY CODE:
CURRENT LIABILITY BALANCE: $7,365.57

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0118 | PMNT | WA | 12-SEP-2003 | GR/G | McCarthy Well Co. | MN /3/235 | 49705 | | $46.00 | 12-SEP-2003 |
| 0119 | PMNT | WA | 19-SEP-2003 | GR/G | McCarthy Well Co. | MN /3/240 | 48272 | | $46.00 | 19-SEP-2003 |
| 0122 | PMNT | WA | 26-SEP-2003 | GR/G | McCarthy Well Co. | MN /3/245 | 48285 | | $46.00 | 26-SEP-2003 |
| 0124 | PMNT | WA | 28-AUG-2003 | TV/B | TOPS REVERSAL | | 200338 | | $786.80 | 29-SEP-2003 |
| 0126 | PMNT | WA | 03-OCT-2003 | GR/G | McCarthy Well Co. | MN /04/003 | 48291 | | $46.00 | 03-OCT-2003 |
| 0127 | PMNT | WA | 10-OCT-2003 | GR/G | McCarthy Well Co. | MN /04/008 | 48312 | | $46.00 | 10-OCT-2003 |
| 0128 | PMNT | WA | 17-OCT-2003 | GR/G | McCarthy Well Co. | MN /04/012 | 48334 | | $46.00 | 17-OCT-2003 |
| 0129 | PMNT | WA | 24-OCT-2003 | GR/G | McCarthy Well Co. | MN /04/017 | 48350 | | $46.00 | 24-OCT-2003 |
| 0130 | PMNT | WA | 31-OCT-2003 | GR/G | McCarthy Well Co. | MN /04/022 | 48367 | | $46.00 | 31-OCT-2003 |
| 0131 | PMNT | WA | 07-NOV-2003 | GR/G | MCCARTHY WELL CO. | MN /04/027 | 48380 | | $46.00 | 07-NOV-2003 |
| 0132 | PMNT | WA | 14-NOV-2003 | GR/G | McCarthy Well Co. | MN /04/031 | 48408 | | $46.00 | 14-NOV-2003 |
| 0133 | PMNT | WA | 21-NOV-2003 | GR/G | McCarthy Well Co. | MN /04/037 | 48418 | | $46.00 | 21-NOV-2003 |
| 0134 | PMNT | WA | 01-DEC-2003 | GR/G | McCarthy Well Co. | MN /04/044 | 48426 | | $46.00 | 01-DEC-2003 |
| 0135 | PMNT | WA | 08-DEC-2003 | GR/G | McCarthy Well Co. | MN /04/049 | 48447 | | $46.00 | 08-DEC-2003 |
| 0137 | PMNT | WA | 15-DEC-2003 | GR/G | McCarthy Well Co. | MN /04/055 | 48459 | | $46.00 | 15-DEC-2003 |
| 0138 | PMNT | WA | 19-DEC-2003 | GR/G | McCarthy Well Co. | MN /04/059 | 48483 | | $46.00 | 19-DEC-2003 |
| 0139 | PMNT | WA | 30-DEC-2003 | GR/G | McCarthy Well Co. | MN /04/064 | 48494 | | $46.00 | 30-DEC-2003 |
| 0140 | PMNT | WA | 02-JAN-2004 | GR/G | McCarthy Well Co. | MN /04/066 | 48508 | | $46.00 | 02-JAN-2004 |
| 0141 | PMNT | WA | 14-JAN-2004 | GR/G | MCCARTHY WELL CO | MN /04/074 | 48526 | | $46.00 | 14-JAN-2004 |
| 0142 | PMNT | WA | 20-JAN-2004 | GR/G | McCarthy Well Co. | MN /04/077 | 48535 | | $46.00 | 20-JAN-2004 |
| 0143 | PMNT | WA | 26-JAN-2004 | GR/G | MCCARTHY WELL CO. | MN /04/081 | 48551 | | $46.00 | 26-JAN-2004 |
| 0144 | PMNT | WA | 02-FEB-2004 | GR/G | McCarthy Well Co. | MN /04/086 | 48582 | | $46.00 | 02-FEB-2004 |
| 0145 | PMNT | WA | 06-FEB-2004 | GR/G | McCarthy | MN /04/091 | 48593 | | $46.00 | 06-FEB-2004 |
| 0146 | PMNT | WA | 17-FEB-2004 | GR/G | MCCARTHY WELL CO | MN /04/097 | 48607 | | $46.00 | 17-FEB-2004 |
| 0147 | PMNT | WA | 20-FEB-2004 | GR/G | MCCARTHY WELL CO | MN /04/100 | 48618 | | $46.00 | 20-FEB-2004 |
| 0148 | PMNT | WA | 27-FEB-2004 | GR/G | McCarthy Well Co | MN /04/106 | 48634 | | $46.00 | 27-FEB-2004 |
| 0149 | PMNT | WA | 05-MAR-2004 | GR/G | McCarthy Well | MN /04/110 | 48641 | | $46.00 | 05-MAR-2004 |
| 0150 | PMNT | WA | 11-MAR-2004 | GR/G | McCarthy Well | MN /04/114 | 48670 | | $46.00 | 11-MAR-2004 |
| 0151 | PMNT | WA | 22-MAR-2004 | GR/G | MCCARTHY WELL CO | MN /04/121 | 48680 | | $46.00 | 22-MAR-2004 |
| 0152 | PMNT | WA | 02-APR-2004 | GR/G | MCCARTHY WELL CO | MN /04/130 | 48710 | | $46.00 | 02-APR-2004 |
| 0153 | PMNT | WA | 02-APR-2004 | GR/G | MCCARTHY WELL CO | MN /04/130 | 48713 | | $46.00 | 02-APR-2004 |

PAYMENT HISTORY REPORT



RUN DATE: 12-DEC-2005 FOR: 1999Z01141/001 

DEBTOR: Weisel, Nathan V.
COURT NUMBER: 00-430 JMR/FLN
CURRENT LIABILITY BALANCE: $7,365.57

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0154 | PMNT | WA | 09-APR-2004 | GR/G | McCarthy | MN /04/135 | 48743 | | $46.00 | 09-APR-2004 |
| 0155 | PMNT | WA | 16-APR-2004 | GR/G | MCCARTHY WELL CO | MN /04/140 | 48750 | | $46.00 | 16-APR-2004 |
| 0156 | PMNT | WA | 23-APR-2004 | GR/G | McCarthy Well | MN /04/145 | 48769 | | $46.00 | 23-APR-2004 |
| 0158 | PMNT | WA | 30-APR-2004 | GR/G | McCarthy Well | MN /04/150 | 48791 | | $46.00 | 30-APR-2004 |
| 0159 | PMNT | WA | 10-MAY-2004 | GR/G | MCCARTHY WELL CO | MN /04/156 | 48801 | | $46.00 | 10-MAY-2004 |
| 0160 | PMNT | WA | 14-MAY-2004 | GR/G | MCCARTHY WELL CO | MN /04/160 | 48826 | | $46.00 | 14-MAY-2004 |
| 0161 | PMNT | WA | 24-MAY-2004 | GR/G | MCCARTHY WELL CO | MN /04/166 | 48835 | | $46.00 | 24-MAY-2004 |
| 0162 | PMNT | WA | 01-JUN-2004 | GR/G | McCarthy Well Co | MN /04/170 | 48847 | | $46.00 | 01-JUN-2004 |
| 0163 | PMNT | WA | 03-JUN-2004 | GR/G | McCarthy Well Co | MN /04/172 | 48876 | | $46.00 | 03-JUN-2004 |
| 0164 | PMNT | WA | 10-JUN-2004 | GR/G | MCCARTHY WELL CO | MN /04/177 | 48892 | | $46.00 | 10-JUN-2004 |
| 0165 | PMNT | WA | 21-JUN-2004 | TV/B | | | TOP | | $870.45 | 21-JUN-2004 |
| 0166 | PMNT | WA | 21-JUN-2004 | GR/G | MCCARTHY WELL CO | MN /04/183 | 48906 | | $46.00 | 21-JUN-2004 |
| 0167 | PMNT | WA | 25-JUN-2004 | GR/G | MCCARTHY WELL CO | MN /04/187 | 48916 | | $46.00 | 25-JUN-2004 |
| 0168 | PMNT | WA | 16-JUL-2004 | GR/G | McCarthy | MN /04/202 | 48963 | | $46.00 | 16-JUL-2004 |
| 0169 | PMNT | WA | 26-JUL-2004 | GR/G | McCarthy Well Co | MN /04/210 | 48980 | | $92.00 | 26-JUL-2004 |
| 0170 | PMNT | WA | 30-JUL-2004 | GR/G | McCarthy Well Co | MN /04/214 | 49001 | | $46.00 | 30-JUL-2004 |
| 0171 | PMNT | WA | 06-AUG-2004 | GR/G | McCarthy Well | MN /04/219 | 49012 | | $46.00 | 06-AUG-2004 |
| 0172 | PMNT | WA | 17-AUG-2004 | GR/G | McCarthy Well | MN /04/226 | 49026 | | $46.00 | 17-AUG-2004 |
| 0173 | PMNT | WA | 25-AUG-2004 | GR/G | MCCARTHY WELL CO | MN /04/232 | 49040 | | $46.00 | 25-AUG-2004 |
| 0174 | PMNT | WA | 27-AUG-2004 | GR/G | MCCARTHY WELL CO | MN /04/234 | 49055 | | $46.00 | 27-AUG-2004 |
| 0175 | PMNT | WA | 07-SEP-2004 | GR/G | MCCARTHY WELL CO | MN /04/240 | 49062 | | $46.00 | 07-SEP-2004 |
| 0176 | PMNT | WA | 13-SEP-2004 | GR/G | MCCARTHY WELL CO | MN /04/244 | 49080 | | $46.00 | 13-SEP-2004 |
| 0177 | PMNT | WA | 17-SEP-2004 | GR/G | MCCARTHY WELL CO | MN /04/248 | 49102 | | $46.00 | 17-SEP-2004 |
| 0178 | PMNT | WA | 23-SEP-2004 | GR/G | MCCARTHY WELL CO | MN /04/252 | 49106 | | $46.00 | 23-SEP-2004 |
| 0179 | PMNT | WA | 04-OCT-2004 | GR/G | MCCARTHY WELL CO | MN /05/002 | 49120 | | $46.00 | 04-OCT-2004 |
| 0180 | PMNT | WA | 12-OCT-2004 | GR/G | McCarthy Well Compan | MN /05/007 | 49144 | | $46.00 | 12-OCT-2004 |
| 0181 | PMNT | WA | 18-OCT-2004 | GR/G | MCCARTHY WELL CO | MN /05/011 | 49150 | | $46.00 | 18-OCT-2004 |
| 0182 | PMNT | WA | 21-OCT-2004 | GR/G | MCCARTHY WELL CO | MN /05/014 | 49171 | | $46.00 | 21-OCT-2004 |
| 0183 | PMNT | WA | 28-OCT-2004 | GR/G | McCarthy Well | MN /05/018 | 49191 | | $46.00 | 28-OCT-2004 |
| 0184 | PMNT | WA | 03-NOV-2004 | GR/G | MCCARTHY WELL CO | MN /05/021 | 49203 | | $46.00 | 03-NOV-2004 |
| 0185 | PMNT | WA | 15-NOV-2004 | GR/G | MCCARTHY WELL CO | MN /05/027 | 49219 | | $46.00 | 15-NOV-2004 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 12-DEC-2005 FOR: 1999Z01141/001 PAGE: 6 OF 8

DEBTOR: Weisel, Nathan V.
COURT NUMBER: 00-430 JMR/FLN PRIORITY CODE:
CURRENT LIABILITY BALANCE: $7,365.57

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0186 | PMNT | WA | 18-NOV-2004 | GR/G | McCarthy Well | MN /05/030 | 49228 | | $46.00 | 18-NOV-2004 |
| 0187 | PMNT | WA | 26-NOV-2004 | GR/G | McCarthy Well | MN /05/035 | 49238 | | $46.00 | 26-NOV-2004 |
| 0188 | PMNT | WA | 03-DEC-2004 | GR/G | MCCARTHY WELL CO | MN /05/040 | 49256 | | $46.00 | 03-DEC-2004 |
| 0189 | PMNT | WA | 13-DEC-2004 | GR/G | MCCARTHY WELL CO | MN /05/046 | 49261 | | $46.00 | 13-DEC-2004 |
| 0190 | PMNT | WA | 16-DEC-2004 | GR/G | MCCARTHY WELL CO | MN /05/048 | 49292 | | $46.00 | 16-DEC-2004 |
| 0191 | PMNT | WA | 27-DEC-2004 | GR/G | McCarthy Well Co | MN /05/054 | 49304 | | $46.00 | 27-DEC-2004 |
| 0192 | PMNT | WA | 30-DEC-2004 | GR/G | MCCARTHY WELL CO | MN /05/056 | 49310 | | $46.00 | 30-DEC-2004 |
| 0193 | PMNT | WA | 07-JAN-2005 | GR/G | McCarthy Well Co | MN /05/061 | 49325 | | $46.00 | 07-JAN-2005 |
| 0194 | PMNT | WA | 14-JAN-2005 | GR/G | McCarthy Well | MN /05/066 | 49342 | | $46.00 | 14-JAN-2005 |
| 0195 | PMNT | WA | 21-JAN-2005 | GR/G | McCarthy Well | MN /05/070 | 49349 | | $46.00 | 21-JAN-2005 |
| 0196 | PMNT | WA | 28-JAN-2005 | GR/G | McCarthy Well Co | MN /05/074 | 49363 | | $46.00 | 28-JAN-2005 |
| 0197 | PMNT | WA | 03-FEB-2005 | GR/G | McCarthy Well Co | MN /05/078 | 49381 | | $46.00 | 03-FEB-2005 |
| 0198 | PMNT | WA | 09-FEB-2005 | GR/G | McCarthy Well | MN /05/081 | 49389 | | $46.00 | 09-FEB-2005 |
| 0199 | PMNT | WA | 17-FEB-2005 | GR/G | McCarthy Well | MN /05/088 | 49410 | | $46.00 | 17-FEB-2005 |
| 0200 | PMNT | WA | 03-MAR-2005 | GR/G | McCarthy Well | MN /05/097 | 49427 | | $46.00 | 03-MAR-2005 |
| 0201 | PMNT | WA | 03-MAR-2005 | GR/G | McCarthy Well | MN /05/097 | 49432 | | $46.00 | 03-MAR-2005 |
| 0202 | PMNT | WA | 15-MAR-2005 | GR/G | McCarthy Well | MN /05/105 | 49445 | | $46.00 | 15-MAR-2005 |
| 0203 | PMNT | WA | 21-MAR-2005 | GR/G | McCarthy Well Co | MN /05/109 | 49458 | | $46.00 | 21-MAR-2005 |
| 0204 | PMNT | WA | 24-MAR-2005 | GR/G | McCarthy Well | MN /05/111 | 49481 | | $46.00 | 24-MAR-2005 |
| 0205 | PMNT | WA | 07-APR-2005 | GR/G | McCarthy Well | MN /05/121 | 49497 | | $46.00 | 07-APR-2005 |
| 0206 | PMNT | WA | 07-APR-2005 | GR/G | McCarthy Well | MN /05/121 | 49491 | | $46.00 | 07-APR-2005 |
| 0207 | PMNT | WA | 14-APR-2005 | GR/G | McCarthy Well Co. | MN /05/125 | 49508 | | $46.00 | 14-APR-2005 |
| 0209 | PMNT | WA | 26-APR-2005 | GR/G | McCarthy Well Co. | MN /05/132 | 49521 | | $46.00 | 26-APR-2005 |
| 0210 | PMNT | WA | 02-MAY-2005 | GR/G | McCarthy Well Co. | MN /05/135 | 49542 | | $46.00 | 02-MAY-2005 |
| 0211 | PMNT | WA | 02-MAY-2005 | GR/G | McCarthy Well Co. | MN /05/135 | 49538 | | $46.00 | 02-MAY-2005 |
| 0212 | PMNT | WA | 05-MAY-2005 | GR/G | McCarthy Well | MN /05/138 | 49562 | | $46.00 | 05-MAY-2005 |
| 0213 | PMNT | WA | 13-MAY-2005 | GR/G | McCarthy Well Co. | MN /05/145 | 49577 | | $46.00 | 13-MAY-2005 |
| 0214 | PMNT | WA | 19-MAY-2005 | GR/G | McCarthy Well Co. | MN /05/149 | 49582 | | $46.00 | 19-MAY-2005 |
| 0215 | PMNT | WA | 27-MAY-2005 | GR/G | McCarthy Well Co. | MN /05/154 | 49593 | | $46.00 | 27-MAY-2005 |
| 0216 | PMNT | WA | 06-JUN-2005 | GR/G | McCarthy Well | MN /05/160 | 49615 | | $46.00 | 06-JUN-2005 |
| 0217 | PMNT | WA | 08-JUN-2005 | CH/Y | McCarthy Well | MN /05/162 | 49626 | | $46.00 | 08-JUN-2005 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 12-DEC-2005 FOR: 1999Z01141/001 PAGE: 7 OF 8

DEBTOR: Weisel, Nathan V.
COURT NUMBER: 00-430 JMR/FLN PRIORITY CODE:
CURRENT LIABILITY BALANCE: $7,365.57

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0218 | PMNT | WA | 16-JUN-2005 | GR/G | McCarthy Well Co | MN /05/168 | 49640 | | $46.00 | 16-JUN-2005 |
| 0219 | PMNT | WA | 23-JUN-2005 | GR/G | McCarthy Well Co | MN /05/172 | 49648 | | $46.00 | 23-JUN-2005 |
| 0220 | PMNT | WA | 30-JUN-2005 | GR/G | McCarthy Well Co | MN /05/178 | 49658 | | $46.00 | 30-JUN-2005 |
| 0221 | PMNT | WA | 04-JUL-2005 | TV/B | | | TOP | | $1,877.42 | 06-JUL-2005 |
| 0222 | PMNT | WA | 08-JUL-2005 | GR/G | MCCARTHY WELL CO | MN /05/183 | 49684 | | $46.00 | 08-JUL-2005 |
| 0223 | PMNT | WA | 15-JUL-2005 | GR/G | McCarthy Well Co | MN /05/187 | 49697 | | $46.00 | 15-JUL-2005 |
| 0224 | PMNT | WA | 20-JUL-2005 | GR/G | McCarthy Well | MN /05/191 | 49720 | | $46.00 | 20-JUL-2005 |
| 0225 | PMNT | WA | 28-JUL-2005 | GR/G | McCarthy Well | MN /05/197 | 49727 | | $46.00 | 28-JUL-2005 |

Total Payments for Debtor: $15,922.44