UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-430 JMR/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN WEISEL,<br><br>Defendant. | **SATISFACTION OF JUDGMENT AND RELEASE OF ABSTRACT OF JUDGMENT** |

The judgment in the above-entitled action has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the judgment of record,

AND, the Recorder for the County of Carver, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's office of Carver County, as Document No. A269061, in the amount of $17,291.13 plus interest.

Dated: September 11, 2008

FRANK J. MAGILL, JR.
United States Attorney

M. Trpn

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for the Plaintiff